**UNITED STATES of America,**
**Plaintiff-Appellee,**

v.

**Juan Carlos FUENTES-HIDALGO,**
**Defendant-Appellant.**

No. 16-10357

United States Court of Appeals,
Ninth Circuit.

Submitted July 11, 2017 *

Filed July 17, 2017

Krissa Marie Lanham, USPX—Office of the US Attorney, Phoenix, AZ, for Plaintiff-Appellee

Juan Carlos Fuentes-Hidalgo, Pro Se

Before: CANBY, KOZINSKI, and HAWKINS, Circuit Judges.

## MEMORANDUM **

Juan Carlos Fuentes-Hidalgo appeals from the district court's judgment and challenges his guilty-plea conviction and 72-month sentence for possession with intent to distribute methamphetamine, and aiding and abetting, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), and 18 U.S.C.

** This disposition is not appropriate for publication and is not precedent except as provided by Ninth Circuit Rule 36-3.

§ 2. Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Fuentes-Hidalgo's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Fuentes-Hidalgo the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Fuentes-Hidalgo waived his right to appeal his conviction and sentence. Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable issue as to the validity of the waiver. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009). We accordingly dismiss the appeal. *See id.* at 988.

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**